STATE NATIONAL BANK OF LINCOLN, APPELLEE, V. G. B. SCOFIELD AND WIFE, APPELLANTS.

Order confirming sale on foreclosure of mortgage. On appeal from an order of the district court confirming a sale of mortgaged premises, *held*, That this court would not consider a question involving the merits of the original case.

APPEAL from an order confirming a sale of real estate in Otoe county. Tried below before POUND, J.

*G. B. Scofield*, pro. se.

*E. F. Warren*, for appellee.

COBB, J.

As the appeal in this case is only from the order of the district court confirming the sale of the mortgaged premises, I do not think that the court can consider any questions as to the legality of the mortgage —questions which were necessarily decided in and by the decree upon which the property was sold. And it not being made to appear but that the said sale was in all respects made in conformity to the provisions of the statute in such cases made and provided, I see no error in the order confirming said sale, and the same must be affirmed.

ORDER AFFIRMED.